IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA MIDDLETON, | : |
| | :  No. 20-cv-3756-JMY |
| v. | : |
| | : |
| TRANS UNION, LLC., et al. | : |

## ORDER

AND NOW, this 19th day of August 2021, upon consideration of the Motion to Dismiss for Lack of Jurisdiction (ECF No. 20) filed by the Defendants Sterling Jewelers, Inc. and Signet Jewelers, Ltd., and all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that said motion will be GRANTED in part and DENIED in part as follows:

1. Defendants' motion will be DENIED as it pertains to Sterling Jewelers, Inc.; and

2. Defendants' motion will be GRANTED as it pertains to Signet Jewelers, Ltd. and Signet Jewelers, Ltd. will be dismissed from this case.

It is further ORDERED that Plaintiff will be GRANTED leave to file a second amended complaint to allege facts sufficient to establish a prima facie case of personal jurisdiction over Signet Jewelers, Ltd.  Said second amended complaint shall be filed within twenty days of the date that this Order is entered on the docket.

BY THE COURT:

  /s/ John Milton Younge  
Judge John Milton Younge